

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00290-CV

IN THE ESTATE OF XAVIER GOMEZ III, DECEASED

§ On Appeal from Probate Court No. 2

§ of Tarrant County (2019-PR00979-2)

§ July 21, 2022

§ Memorandum Opinion by Justice Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that Appellee Jackson Construction, Ltd. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
Justice Dabney Bassel